DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GINTARAS RACIUNAS** and **ALEXANDRA RACIUNAS,**
Appellants,

v.

**ENCORE FUND TRUST 2013-1,**
Appellee.

No. 4D15-3874

[ July 13, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 2013CA007389XXXXMN.

Malcolm E. Harrison and Rachel Bentley of the Law Office of Malcolm E. Harrison, P.A., Wellington, for appellants.

Jennifer Lima-Smith of the Gilbert Garcia Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***